UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MICHAEL KEANE, on behalf of himself and all : 15 Civ. 4592 (JMA) (AKT)
others similarly situated, :
:
Plaintiff, : STIPULATION
:
-against- :
:
MICHIGAN LOGISTICS INC. d/b/a DILIGENT :
DELIVERIES, NORTHEAST LOGISTICS, INC. :
d/b/a DILIGENT DELIVERIES, and ANY PART :
GROUP PURCHASING, INC. d/b/a ANY PART :
AUTO STORE, :
:
Defendants. :
-------------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff and for defendant Any Part Group Purchasing, Inc. d/b/a Any Part Auto Store that, pursuant to the Minute Entry for proceedings held with Judge Azrack on November 10, 2015 (Docket Entry No. 18), the time to Answer or otherwise move in response to the Complaint in the above-captioned matter be, and hereby is, adjourned from November 17, 2015, until no later than thirty (30) days after the court's disposition of Defendants' motion to dismiss and to compel arbitration.

Dated: New York, New York
November 13, 2015

SHULMAN KESSLER LLP

By: _____
Troy L. Kessler
Marijana Matura
Garrett Kaske
534 Broadhollow Road
Suite 275
Melville, NY 11747
Tel: (631) 499-9100
*Attorneys for Plaintiff and the Putative FLSA Collective Class*

BERKE-WEISS LAW PLLC

By: _____
Laurie Berke-Weiss
Maria W. Wong
950 Third Avenue
32nd Floor
New York, NY 10022
Tel: (212) 888-2680
Fax: (646) 395-1669
laurie@berkeweisslaw.com
*Attorneys for Defendant Any Part Group Purchasing, Inc. d/b/a Any Part Auto Store*